STATE of Missouri, Respondent,

v.

James W. SEEVERS, Appellant.

No. WD38954.

Missouri Court of Appeals, Western District.

Nov. 10, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 29, 1987.

Kathleen Murphy Markie, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, J., Presiding, and GAITAN and COVINGTON, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of forgery, § 570.090.1(4), RSMo 1986, and sentence of seven years' imprisonment.

Affirmed. Rule 30.25(b).